**No. 10-8253. Vincent M. Cooper, Petitioner v. Ray Hobbs, Director, Arkansas Department of Correction.**

563 U.S. 1003, 131 S. Ct. 2483, 179 L. Ed. 2d 1239, 2011 U.S. LEXIS 3589.

May 16, 2011. Petition for rehearing denied.

Former decision, 562 U.S. 1240, 131 S. Ct. 1524, 179 L. Ed. 2d 342, 2011 U.S. LEXIS 1600.

**No. 10-8274. Jeffrey R. Berry, Petitioner v. Citibank F.S.B.**

563 U.S. 1003, 131 S. Ct. 2483, 179 L. Ed. 2d 1239, 2011 U.S. LEXIS 3622.

May 16, 2011. Petition for rehearing denied.

Former decision, 562 U.S. 1275, 131 S. Ct. 1611, 179 L. Ed. 2d 509, 2011 U.S. LEXIS 2052.

**No. 10-8333. Marsha Chambers, Petitioner v. Justice of the Peace Court, Precinct One.**

563 U.S. 1003, 131 S. Ct. 2483, 179 L. Ed. 2d 1239, 2011 U.S. LEXIS 3568.

May 16, 2011. Petition for rehearing denied.

Former decision, 562 U.S. 1260, 131 S. Ct. 1577, 179 L. Ed. 2d 480, 2011 U.S. LEXIS 1794.

**No. 10-8404. Ray Nelson, Sr., Petitioner v. Donald Jackson, Warden.**

563 U.S. 1003, 131 S. Ct. 2483, 179 L. Ed. 2d 1239, 2011 U.S. LEXIS 3597.

May 16, 2011. Petition for rehearing denied.

Former decision, 562 U.S. 1260, 131 S. Ct. 1577, 179 L. Ed. 2d 480, 2011 U.S. LEXIS 1789.

**No. 10-8407. William H. West, Petitioner v. United States.**

563 U.S. 1003, 131 S. Ct. 2483, 179 L. Ed. 2d 1239, 2011 U.S. LEXIS 3552.

May 16, 2011. Petition for rehearing denied.

Former decision, 562 U.S. 1244, 131 S. Ct. 1537, 179 L. Ed. 2d 350, 2011 U.S. LEXIS 1191.

**No. 10-8430. Walter J. Bramage, Petitioner v. HSBC Bank Nevada, N.A.**

563 U.S. 1003, 131 S. Ct. 2483, 179 L. Ed. 2d 1239, 2011 U.S. LEXIS 3545.

May 16, 2011. Petition for rehearing denied.

Former decision, 562 U.S. 1293, 131 S. Ct. 1689, 179 L. Ed. 2d 627, 2011 U.S. LEXIS 2287.